# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Telephone Science Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Trading Advantage LLC and Larry Levin,<br><br>    Defendants, | Case No. 1:14-cv-04369 |

Plaintiff, in the above-captioned action, Telephone Science Corporation, and Defendants, Trading Advantage LLC and Larry Levin by execution and filing of this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii), FRCP, hereby stipulate to dismissal with prejudice.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC LPA            Kelly Drye & Warren LLP

By: s/ Mark T. Lavery              By: Henry T. Kelly
    One of Plaintiff's Attorneys         One of Defendant's Attorneys

Mark T. Lavery                      Henry T. Kelly
1100 W. Cermak, Suite B410       Janine Fletcher
Chicago, IL 60608                 333 W. Wacker, 26th Floor
312-508-5480                        Chicago, IL 60606
mark@lifetimedebtsolutions.com    312-857-7095
                                     HKelly@KelleyDrye.com
                                     JFletcher@KelleyDrye.com

CERTIFICATE OF SERVICE

Mark T. Lavery certifies that this Stipulation of Dismissal will be served upon Counsel of Record via CM/ECF electronic filing:

Henry T. Kelly
Janine Fletcher
333 W. Wacker, 26th Floor
Chicago, IL 60606
312-857-7095
HKelly@KelleyDrye.com
JFletcher@KelleyDrye.com


By: /s/ Mark T. Lavery
One of Plaintiff's Attorneys

Mark Lavery
Hyslip & Taylor LLC LPA
1100 W. Cermak, Suite B410
Chicago, IL 60608
312-380-6110
mark@lifetimedebtsolutions.com