# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Telephone Science Corporation

                        Plaintiff,

v.                                          Case No.: 1:14–cv–04369
                                                              Honorable Ronald A. Guzman

Trading Advantage LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) [86], it is hereby ordered that this case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.